IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Sharon D. Lewis, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 0:10-1197-TLW-PJG |

# ORDER

Plaintiff has brought this action to obtain judicial review of a final decision of the defendant, Commissioner of Social Security, denying his claims for disability benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.). In the Report, the Magistrate Judge recommends that the decision of the Commissioner be affirmed. (Doc. # 13). No objections to the Report were filed in this case.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)   In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report. After careful review of the Report and the submitted record, the Court

**ACCEPTS** the Report. (Doc. # 13). Therefore, for the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED**.

s/Terry L. Wooten<br>
United States District Judge

September 12, 2011
Florence, South Carolina

0:10-cv-01197-TLW     Date Filed 09/12/11    Entry Number 16     Page 2 of 2